FILED

2023 JAN 30 PM 4:09

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ____

ORIGINAL

Mark S. Hardiman (SBN 136602)
**NELSON HARDIMAN LLP**
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Telephone: (310) 203-2800
Facsimile: (310) 203-2727
Email: mhardiman@nelsonhardiman.com

Attorneys for Relator
Advantage Analytics, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

UNITED STATES OF AMERICA *ex rel*. ADVANTAGE ANALYTICS, LLC,

Plaintiffs,

v.

UNITEDHEALTH GROUP, INC., a Delaware corporation; COTIVITI HOLDINGS, INC., a Delaware Corporation; EQUIAN, LLC, an Indiana Limited Liability Company; CHANGE HEALTHCARE, LLC , a Delaware limited liability company; MEDREVIEW, INC., a New York corporation; CIOX HEALTH, LLC, a Georgia Corporation; HEALTH MANAGEMENT SYSTEMS, INC., a Texas Corporation; SCIOINSPIRE, CORP., a Delaware Corporation; and OPTUM INC., a Delaware Corporation,

Defendants.

CASE NO.: CV19-09075-MEMF-MAAx

**RELATOR'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41 (A)(1) AND 31 U.S.C. § 3730(B)(1)**

**(CASE UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(B)(2))**

NELSON HARDIMAN LLP
1100 Glendon Avenue, 14th Floor
LOS ANGELES, CALIFORNIA 90024

BY FAX

Relator Advantage Analytics, LLC ("Relator"), by and through its attorneys, hereby files its request for voluntary dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and 18 U.S.C. § 3730(b)(2) on the ground that the government's investigation of Relator's claims for violations of the False Claims Act, 31 U.S.C. §§ 3729 – 3732 ("FCA"). has identified factual and legal issues relating to this action that make it inadvisable and impractical for Relator to proceed with such FCA claims at the present time.

Pursuant to 18 U.S.C. § 3730(b)(2), dismissal of this action requires the U.S. Attorney General's written consent to be filed with the Court.

Dated: January 30, 2023

Respectfully submitted,

NELSON HARDIMAN LLP

Mark S. Hardiman

Attorneys for Relator
Advantage Analytics, LLC

NELSON HARDIMAN LLP
1100 Glendon Avenue, 14th Floor
LOS ANGELES, CALIFORNIA 90024

NELSON HARDIMAN LLP
1100 Glendon Avenue, 14th Floor
LOS ANGELES, CALIFORNIA 90024

## PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 1100 Glendon Avenue, 14th Floor, Los Angeles, California 90024.

On January 30, 2023 I served on the interested parties the document(s) described as **RELATOR'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41 (A)(1) AND 31 U.S.C. § 3730(B)(1)** by transmitting a true and correct copy thereof addressed as follows:

| | |
|---|---|
| Allison C. Carroll, Trial Attorney<br>Fraud Section<br>Commercial Litigation Branch<br>Civil Division<br>3 CON, Suite 10-115<br>U.S. Department of Justice<br>175 N Street, N.E.<br>Washington, D.C. 20002<br>Email: Allison.C.Carroll@usdoj.gov | Gillian Bunker<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Mark O. Hatfield Courthouse<br>1000 SW Third Avenue, Suite 600<br>Portland, Oregon 97204<br>Email: Gillian.Bunker@usdoj.gov |

☒ **(BY MAIL)** By placing the document(s) in sealed envelope(s) addressed as stated in above and placing said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of NELSON HARDIMAN, LLP, and addressed as shown on the service list above, for deposit in the United States Postal Service. I am readily familiar with the practice of NELSON HARDIMAN, LLP for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

☒ **(BY ELECTRONIC MAIL)** I caused a copy of the above-referenced document to be transmitted to the interested parties via electronic transmission from the email address of **mhardiman@nelsonhardiman.com** to the email address(es) as set forth on the service list above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed January 30, 2023 at Los Angeles, California.

| | |
|---|---|
| Mark Hardiman | /s/ *Mark Hardiman* |
| Type or Print Name | Signature |