MICHAEL D. GRANSTON
Deputy Assistant Attorney General
JAMIE YAVELBERG
EDWARD CROOKE
ALLISON C. CARROLL
Attorneys, Department of Justice, Civil Division
    Post Office Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 598-0828
    Email: Allison.C.Carroll@usdoj.gov

NATALIE K. WIGHT
United States Attorney
GILLIAN BUNKER
Special Assistant United States Attorney
    1000 SW Third Ave Suite 600
    Portland, Oregon 97204
    Tel: (503) 727-1000
    Email: Gillian.Bunker@usdoj.gov

*Attorneys for the United States of America*

JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. [UNDER SEAL],<br><br>    Plaintiff[s],<br><br>    v.<br><br>[UNDER SEAL],<br><br>    Defendant[s]. | No. CV 19-09075-MEMF-MAAx<br>No. CV 20-00687-MEMF-MAAx<br>No. CV 20-03764-MEMF-MAAx<br>No. CV 20-03768-MEMF-MAAx<br>No. CV 20-05572-MEMF-MAAx<br>No. CV 20-08026-MEMF-MAAx<br><br>OMNIBUS ORDER GRANTING REQUEST FOR DISMISSAL WITHOUT PREJUDICE IN SIX RELATED CASES<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. |

1

§§ 3730(b)(2) AND (3)]

FILED/LODGED CONCURRENTLY WITH OMNIBUS NOTICE OF CONSENT TO REQUESTS FOR VOLUNTARY DISMISSALS WITHOUT PREJUDICE IN SIX RELATED CASES

1  MICHAEL D. GRANSTON
   Deputy Assistant Attorney General
2  JAMIE YAVELBERG
3  EDWARD CROOKE
   ALLISON C. CARROLL
4  Attorneys, Department of Justice, Civil Division
5     Post Office Box 261
      Ben Franklin Station
6     Washington, D.C. 20044
7     Tel: (202) 598-0828
      Email: Allison.C.Carroll@usdoj.gov
8

9  NATALIE K. WIGHT
   United States Attorney
10 GILLIAN BUNKER
11 Special Assistant United States Attorney
      1000 SW Third Ave Suite 600
12    Portland, Oregon 97204
13    Tel: (503) 727-1000
      Email: Gillian.Bunker@usdoj.gov
14

15 *Attorneys for the United States of America*

16                 UNITED STATES DISTRICT COURT
17              FOR THE CENTRAL DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| 19  UNITED STATES OF AMERICA *ex rel.* ADVANTAGE ANALYTICS, LLC, | No. CV 19-09075-MEMF-MAAx |
| 20                                                              | OMNIBUS ORDER OF DISMISSAL WITHOUT PREJUDICE IN SIX RELATED CASES |
| 21  Plaintiffs,                                                 | |
| 22  v.                                                          | |
| 23  UNITEDHEALTH GROUP, INC., a Delaware corporation,           | **[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |
| 24                                                              | |
| 25  Defendant.                                                  | FILED/LODGED CONCURRENTLY WITH OMNIBUS NOTICE OF CONSENT TO REQUESTS FOR |
| 26 | |
| 27 | |
| 28 | |

3

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. ADVANTAGE ANALYTICS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> HUMANA, INC., a Delaware corporation, <br><br> Defendant. | VOLUNTARY DISMISSALS WITHOUT PREJUDICE IN SIX RELATED CASES <br><br><br> No. CV 20-00687-MEMF-MAAx |
| UNITED STATES OF AMERICA *ex rel*. ADVANTAGE ANALYTICS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CIGNA CORPORATION., a Delaware corporation, <br><br> Defendant. | No. CV 20-03764-MEMF-MAAx |
| UNITED STATES OF AMERICA *ex rel*. ADVANTAGE ANALYTICS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AETNA, INC., a Connecticut corporation. <br><br> Defendant. | No. CV 20-03768-MEMF-MAAx |
| UNITED STATES OF AMERICA ex rel. ADVANTAGE ANALYTICS, LLC, | No. CV 20-05572-MEMF-MAAx |

4

|   |   |
|---|---|
| Plaintiffs,<br><br>v.<br><br>PROMINENCE HEALTHFIRST, doing business as Prominence Health Plan, a Nevada corporation; PROMINENCE HEALTHFIRST OF TEXAS, INC., doing business as Prominence Health Plan, a Texas Corporation,<br><br>Defendants. |   |
| UNITED STATES OF AMERICA *ex rel.* ADVANTAGE ANALYTICS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHEM, Inc., an Indiana Corporation,<br><br>Defendant. | No. CV 20-08026-MEMF-MAAx |

The Relator Advantage Analytics, LLC having filed Requests for Voluntary Dismissals Without Prejudice in these six related cases, and the United States of America having filed its Omnibus Notice of Consent to those requests, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

1. These six related actions are dismissed without prejudice as to Relator Advantage Analytics, LLC and as to the United States; and

2. The seal shall be lifted upon Relator's Complaints, Relator's Requests for Voluntary Dismissals Without Prejudice, the United States' Omnibus Notice of Consent

5

to those requests, this Order, and any subsequent filings in these six related cases. All other contents of the Court's files in these actions shall remain under seal or, if lodged *in camera*, shall remain confidential.

IT IS SO ORDERED.

Dated: March 2, 2023

MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE